B18 (Official Form 18)(12/07)

**United States Bankruptcy Court**
**Central District Of California**

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Domingo Parra Rollice

**BANKRUPTCY NO.** 2:09−bk−31536−BR

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−5744
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 12/18/09

**Address:**
128 W Cypress Ave
Monrovia, CA 91016

    It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: December 18, 2009

**Jon D. Ceretto**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 03/09) VAN−30

23 − 5 / KII

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: kisaacC                Page 1 of 1                  Date Rcvd: Dec 18, 2009
Case: 09-31536                Form ID: b18                 Total Noticed: 33

The following entities were noticed by first class mail on Dec 20, 2009.
 db           +Domingo Parra Rollice,    128 W Cypress Ave,    Monrovia, CA 91016-4103
 aty          +Yoon O Ham,    222 N Mountain Ave Ste 204,     Upland, CA 91786-5714
 tr           +Heide Kurtz,    2515 S. Western Avenue #11,    San Pedro, CA 90732-4643
 smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
                Sacramento, CA 94280-0001
 smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
 ust          +United States Trustee (LA),    725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524
24415322      +Acc Consumer Finance L,    10770 Wateridge Cir Ste,    San Diego, CA 92121-5801
24415323      +Accor North America,    4001 International Parkway,    Carrollton, TX 75007-1914
24415327      +CBA Collecttion Bureau,    PO Box 5013,    Hayward, CA 94540-5013
24415325      +Calvary Portfolio Services,    Attention: Bankruptcy Department,    PO Box 1017,
                Hawthorne, NY 10532-7504
24415328       Charter Communications,    7337 Central Ave,    Riverside, CA 92504-1440
24415331      +Global Pay,    Attn: Bankruptcy,    PO Box 661158,    Chicago, IL 60666-1158
24415333       Kaiser Foundation Health Plan, Inc.,    File 50445,    Los Angeles, CA 90074-0445
24415334      +Law Ofc Samc,    174 W Foothill Blvd,    Monrovia, CA 91016-2171
24415335      +Pmna Pstl Cu,    437 W Center St,    Pomona, CA 91768-3702
24415336      +Pomona Postal Credit U,    437 W Center St,    Pomona, CA 91768-3702
24415339      +SCE,    PO Box 600,    Rosemead, CA 91770-0600
24415338      +SCE,    2131 Walnut Grove Ave,    Rosemead, CA 91770-3769
24415337      +San Bdno Cnt,    157 W 5th St Fl 2,    San Bernardino, CA 92415-0225
24415340       Sprint PCS,    PO Box 660075,    Dallas, TX 75266-0075
24415341      +Swiss American Jeweler,    4776 Whittier Blvd,    Los Angeles, CA 90022-3092
24415342      +Swissamer Jl,    4776 Whittier Blvd,    Los Angeles, CA 90022-3092
24415343      +Tempest Financial,    908 N Citrus Ave.,    Covina, CA 91722-2737
24415344      +Time Warner Cable,    Customer Care Communications,    9260 Topanga Canyon Blvd,
                Chatsworth, CA 91311-5726
24415345      +Wescom Credit Union,    Attn: Consumer Lending,    Po Box 7042,    Pasadena, CA 91109-7042
24415346      +Wffinancial,    1132 E Katella Ave Ste A,    Orange, CA 92867-5044

The following entities were noticed by electronic transmission on Dec 19, 2009.
 aty          +EDI: RECOVERYCORP.COM Dec 18 2009 21:23:00      Ramesh Singh,    Recovery Management Systems Corp,
                25 S E 2nd Ave Ste 1120,    Miami, FL 33131-1605
 smg           EDI: CALTAX.COM Dec 18 2009 21:23:00      Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
                Sacramento, CA 95812-2952
24415323      +Fax: 972-716-6432 Dec 19 2009 02:48:34      Accor North America,    4001 International Parkway,
                Carrollton, TX 75007-1914
24415324      +EDI: ARROW.COM Dec 18 2009 21:18:00      Arrow Financial Services,    5996 W Touhy Ave,
                Niles, IL 60714-4610
24415326      +E-mail/Text: ngoodman@cashcall.com                             Cashcall Inc,
                Attention: Bankruptcy Department,    1600 S Douglass Rd,    Anaheim, CA 92806-5948
24415329      +EDI: CMIGROUP.COM Dec 18 2009 21:18:00      Credit Management,    4200 International Pwy,
                Carrolton, TX 75007-1912
24415330      +EDI: AMINFOFP.COM Dec 18 2009 21:18:00      First Premier Bank,    PO Box 5524,
                Sioux Falls, SD 57117-5524
24415332      +EDI: HFC.COM Dec 18 2009 21:18:00      Hsbc/rs,    Hsbc Retail Services Attn: Bankruptcy,
                Po Box 15522,    Wilmington, DE 19850-5522
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 intp          Courtesy NEF
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 20, 2009**              **Signature:** _Joseph Speetjens_